NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2008-5111

### L-3 COMMUNICATIONS EOTECH, INC.,

Plaintiff-Appellee,

v.

### UNITED STATES,

Defendant-Appellee,

v.

### AIMPOINT, INC.,

Defendant-Appellant.

Appeal from the United States Court of Federal Claims in 08-CV-515, Judge Lynn J. Bush

ON MOTION

Before DYK, Circuit Judge.

### O R D E R

L-3 Communications EOTech, Inc. (L-3) moves to dismiss Aimpoint, Inc.'s appeal for lack of jurisdiction. Aimpoint and the United States oppose. L-3 replies.

We deem the better course is to deny the motion without prejudice to the parties addressing the jurisdictional issues in their briefs.

Accordingly,

IT IS ORDERED THAT:

(1) L-3's motion to dismiss is denied without prejudice to the parties raising the jurisdictional issues in their briefs.

(2)     L-3's brief is due within 40 days of the date of filing of this order. Aimpoint should calculate the due date for its reply brief from the date of service of L-3's brief.

FOR THE COURT

FEB 2 5 2009
_____
Date

/s/ Jan Horbaly_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 5 2009

JAN HORBALY
CLERK

cc:     W. Jay Devecchio, Esq.
        Lawrence P. Block, Esq.
        Roger A. Hipp, Esq.

s19